CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: PLEASE READ CAREFULLY THE INSTRUCTIONS ON THE REVERSE SIDE AND SUPPLY INFORMATION REQUESTED ON BOTH SIDES OF THIS FORM. USE ADDITIONAL SHEETS IF NECESSARY.

FORM APPROVED OMB NO. 1105-0008

1. SUBMIT TO APPROPRIATE FEDERAL AGENCY:
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET
SUITE 139
BATON ROUGE, LA. 70801

2. NAME, ADDRESS OF CLAIMANT:
ERNEST BILLIZONE SR. # 318027
E.H.C.C.
FOX 2 B-47
P.O. BOX 174
ST. GABRIEL, LA. 70776

FILED MIDDLE DIST... 11:20 ... BY DEPUTY CLERK

| 3. TYPE OF EMPLOYMENT: | 4. DATE OF BIRTH: | 5. MARITAL STATUS: | 6. DATE OF ACCIDENT: | 7. TIME: |
|---|---|---|---|---|
| PRISONER / CIVILIAN | APRIL 28, 1963 | MARRIED | FRIDAY JULY 25, 2008 | ABOUT 1:35 PM |

8. BASIS OF CLAIM (STATE IN DETAIL THE KNOWN FACTS AND CIRCUMSTANCES ATTENDING THE DAMAGE, INJURY, OR DEATH, IDENTIFYING PERSONS AND PROPERTY INVOLVED, THE PLACE OF OCCURENCE AND THE CAUSE THEREOF.)

ON JULY 25, 2008 SGT. HALEY DROVE ME AND 42 OTHER INMATES OFF OF DIXON CORRECTIONAL INSTITUTE'S GROUNDS, TO EASTERN LOUISIANA MENTAL HOSPITAL TO WORK. UPON ARRIVING GOING INTO THE YARD SGT. HALEY HIT A CURB WITH THE BUS AND SOMEONE MADE A JOKE ABOUT IT. SGT. HALEY HOLLERED, "IF YOU THINK YOU CAN DRIVE THIS MUTHAF__KER BETTER COME UP HERE". LESS THAN FIVE MINUTES LATER SGT. HALEY HAD BACKED INTO A HUGE OAK TREE AT ABOUT 15 OR 20 MPH. THIS CAUSED MY NECK TO SNAP BACKWARDS AND A SHARP PAIN IN MY BACK. CAPT. HENYARD, THE MAJOR, AND WARDEN BOOTY LOOKED AT THE DAMAGE AND THE WARDEN TOOK A PHOTO WITH HIS CELL PHONE. AT THAT TIME THE MAJOR BOARDED THE BUS AND ASKED WHO NEEDED MEDICAL ATTENTION. I IMMEDIATELY RAISED MY HAND ALONG WITH OVER HALF OF THE INMATES ON THE BUS. ABOUT TWO MINUTES LATER CAPT. HENYARD GOT ON THE BUS AND BEGAN TO THREATEN ALL OF US SAYING, "I AM GOING TO LOCK ALL OF YOU UP FOR AGGRAVATED MALINGERING FOR LYING". CAPT. HENYARD THEN DROVE THE BUS BACK TO D.C.I. WITHOUT GETTING A POLICE REPORT OR ANYTHING ON THE ACCIDENT. THE BUS AT THE TIME OF THE ACCIDENT DID NOT POSSESS ANY SEATBELTS, ALSO SGT. HALEY WEARS SEEING GLASSES BUT AT THE TIME OF THE WRECK HE WORE DARK SHADES. FURTHER AT THE TIME OF THE ACCIDENT IT IS RUMORED THAT SGT. HALEY DID NOT POSSESS A CDL LICENSE, AND THE BUS HAD AIR BRAKES. I WAS INJURED IN THIS ACCIDENT INJURING MY BACK AND NECK. I WAS GIVEN A TEMPORARY DUTY STATUS AND THE D.C.I. SECURITY OFFICERS VIOLATED THAT DUTY STATUS BY MAKING ME WORK IN THE FIELD WHICH CAUSED RE-INJURY. THIS WAS DONE BY CAPT. ALLEN, CAPT. GLASCOCK, AND CAPT. GRAHAM. ALSO I COMPLAINED SEVERAL TIMES TO DR. A. ANTHONY TARVER AND ASKED HIM TO GIVE ME A MRI AT THE TIME OF THE ACCIDENT, HE DELIBERATELY IGNORED ME AND NEGLIGENTLY SENT ME TO TAKE A MRI A MONTH AFTER THE

ACCIDENT TO TRY TO COVER THE INJURY BY GIVING IT TIME TO HEAL, WHICH IT NEVER DID. I WAS CONSTANTLY CHARGED OVER AND OVER FOR INJURIES SUSTAINED FROM THIS ACCIDENT. I NOW SUFFER WITH SEVERE MUSCLE SPASMS AND HEADACHES DUE TO DR. A. ANTHONY TARVER'S NEGLIGENCE, AND THE ACTIONS FROM D.C.I.'S SECURITY OFFICER'S NEGLIGENCE AND RETALIATION. NO THERAPY WAS EVER GIVEN EVEN AFTER I REQUESTED IT.

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (NUMBER, STREET, CITY, STATE, ZIP CODE)

"THE REAR TOP OF BUS OVER REAR DOOR", BELONGING TO, DIXON CORRECTIONAL INSTITUTE, JACKSON, LA. 70748 P.O. BOX 788;

"LARGE CHIPPED GASH OUT OF OAK TREE", BELONGING TO, EASTERN LOUISIANA MENTAL HOSPITAL, JACKSON, LA. 70748.

## 10. PERSONAL INJURY / WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASES OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

1. ERNEST BILLIZONE SR., FROM INJURIES SUSTAINED FROM INITIAL COLLISION WITH OAK TREE, MY NECK & BACK, WERE INJURED AND NOW I SUFFER WITH SEVERE BACK SPASMS AND MIGRAINE LIKE HEADACHES WHICH FEEL LIKE PRESSURE IN MY HEAD. THIS HINDERS ME FROM PERFORMING CERTAIN TASKS AND JOBS AND MAY EFFECT MY FUTURE JOB EFFORTS OR VENTURES.

## 11. WITNESSES

| NAME | D.O.C. | DORM | ADDRESS (NUMBER, STREET, CITY, STATE, ZIP CODE) |
|---|---|---|---|
| CEDRIC LEWIS | # 329166 | G | ALL PERSONS CAN BE REACHED AT BELOW ADDRESS JUST ADD THEIR RESPECTIVE DORM LETTERS ← |
| CHRIS SLAUGHTER | # 320851 | B | |
| ALBERT BURNS | # 352055 | D | |
| TAJI R. SIMA | # 374920 | H | UNIT 1 DORM ____ P.O. BOX 788 JACKSON, LA. 70748 |
| GRIVN WOLF | # 424079 | G | |
| CURTIS CUTRER | # 448451 | H | |
| DAMIEN MCLENDON | # 457601 | C | |
| SAMUEL MEYERS | # 408993 | H | |
| ANTONIO GREEN | # 463696 | G | |
| MERVIN BOSSIER | # 501181 | H | |

WALTER THOMAS #495293 G
ERIC DORSEY # 491516 A
BRANDON PHILLIPS # 504534 H
AIRELL LEWIS # 536415 H
ANTHONY FREDRICK # 514056 H
RAYMOND WILLIAMS # 379254 H

12. AMOUNT OF CLAIM (IN DOLLARS)

| 12A. PROPERTY DAMAGE | 12B. PERSONAL INJURY | 12C. WRONGFUL DEATH | 12D. TOTAL (FAILURE TO SPECIFY MAY CAUSE FORFEITURE OF YOUR RIGHTS) |
|---|---|---|---|
| N/A | $ 50.000 | N/A | $ 50.000 FIFTY THOUSAND |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13A. SIGNATURE OF CLAIMANT | 13B. PHONE NUMBER OF SIGNEE | 14. DATE OF CLAIM |
|---|---|---|
| [signature] | | APRIL 21, 2009 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT OR MAKING FALSE STATEMENTS |
|---|---|
| THE CLAIMANT SHALL FORFEIT AND PAY TO THE UNITED STATES THE SUM OF $ 2.000 PLUS DOUBLE THE AMOUNT OF DAMAGES SUSTAINED BY THE UNITED STATES. | FINE OF NOT MORE THAN $ 10.000 OR IMPRISONMENT FOR NOT MORE THAN 5 YEARS OR BOTH. |

14. PRIVACY ACT NOTICE

THIS NOTICE IS PROVIDED IN ACCORDANCE WITH THE PRIVACY ACT, 5 USC 552A (E)(3), AND CONCERNS THE INFORMATION REQUESTED IN THE LETTER TO WHICH THIS NOTICE IS ATTACHED.

A. AUTHORITY: THE REQUESTED INFORMATION IS SOLICITED PURSUANT TO ONE OR MORE OF THE FOLLOWING: 5 USC 301, 28 USC 501 ET SEQ., 28 USC 2671 ET SEQ., 28 C.F.R. PART 14.

B. PRINCIPAL PURPOSE: THE INFORMATION REQUESTED IS TO BE USED IN EVALUATING CLAIMS.

C. ROUTINE USE: SEE THE NOTICES OF SYSTEMS OF RECORDS FOR THE AGENCY TO WHOM YOU ARE SUBMITTING THIS FORM FOR THIS INFORMATION.

D. EFFECT OF FAILURE TO RESPOND: DISCLOSURE IS VOLUNTARY. HOWEVER FAILURE TO SUPPLY THE REQUESTED INFORMATION OR TO EXECUTE THE FORM MAY RENDER YOUR ~~FORM~~ CLAIM INVALID.

INSURANCE COVERAGE

IN ORDER THAT SUBROGATION CLAIMS MAY BE ADJUDICATED, IT IS ESSENTIAL THAT THE CLAIMANT PROVIDE THE FOLLOWING INFORMATION REGARDING THE INSURANCE COVERAGE OF HIS VEHICLE OR PROPERTY.

15. DO YOU CARRY ACCIDENT INSURANCE: ___ YES, IF YES, GIVE NAME AND ADDRESS OF INSURANCE COMPANY (NUMBER, STREET, CITY, STATE, ZIP, AND POLICY NUMBER. X NO.

I AM A PRISONER WHOM WAS INJURED ON A DEPARTMENT OF CORRECTIONS

BUS. NO ONE AT DIXON CORRECTIONAL INSTITUTE WANTED TO COOPERATE TO GIVE ME ANY INFORMATION ON THE NAME OF THEIR INSURANCE CARRIER OR WERE THEY WILLING TO PROVIDE ME WITH THE ACCIDENT REPORT WHICH I REQUESTED SEVERAL TIMES, SO I STATED JOHN DOE INSURANCE COMPANY ON MY 1983 LAWSUIT FORM WHICH I AM NOW PREPARING.

16. HAVE YOU FILED CLAIM ON YOUR INSURANCE, AND IF SO IS IT FULL COVERAGE OR DEDUCTIBLE?

N/A

17. IF DEDUCTIBLE, STATE AMOUNT.

N/A

18. IF CLAIM HAS BEEN FILLED WITH YOUR CARRIER, WHAT ACTION HAS YOUR INSURER TAKEN OR PROPOSES TO TAKE WITH REFERENCE TO YOUR CLAIM?

N/A

I DON'T KNOW ABOUT ANY INSURANCE CARRIER, BUT I PLAN TO FILE SUIT UNLESS I CAN GET COMPENSATED THROUGH THIS CLAIM FORM FILING.

19. DO YOU CARRY PUBLIC LIABILITY AND PROPERTY DAMAGE INSURANCE? __ YES, IF YES, GIVE NAME AND ADDRESS OF INSURANCE CARRIER.

N/A

* U.S. GOVERNMENT PRINTING OFFICE: 1989-241-175

ERNEST BILLIZONE SR. # 318027
E.H.C.I.
FOX 2 B-47
P.O. BOX 174
ST. GABRIEL, LA. 70776

APRIL 21, 2009

RE: ACCIDENT CLAIM

DEAR SIRS, I AM FILING THIS ACCIDENT CLAIM FORM TO YOUR OFFICE HOPING THAT THIS IS THE CORRECT PLACE TO FILE THIS TYPE OF CLAIM. NO ONE WANTS TO DISCLOSE ANY INFO ON THEIR INSURANCE CARRIER OR THE PROPER WAY OR PLACE TO FILE THESE PAPERS. IF THIS IS NOT THE PROPER OFFICE TO FILE THIS, CAN YOU PLEASE PROVIDE ME WITH THE RIGHT ADDRESS AND INFORMATION SO THAT I CAN TIMELY FILE MY CLAIM? I THANK YOU IN ADVANCE FOR YOUR TIME AND COOPERATION IN THIS VERY VITAL MATTER.

RESPECTFULLY SUBMITTED,

[signature] Sr.

ERNEST BILLIZONE SR. #318027
E.H.C.C.
Fox 2 B-47
P.O. Box 174
ST. GABRIEL, LA. 70776

BATON ROUGE
LA 708 2 L
22 APR 2009 PM




SCREENED
OK
U.S. MARSHAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET
SUITE 139
BATON ROUGE, LA. 70801

LEGAL MAIL

70801+1717

PRISON MAIL,
NOT CE[illegible] RESPONSIBLE
FOR CONTENTS.
EL[illegible] CENTER